FILE COPY

No. 07-13-00089-CR

| | | |
|---|---|---|
| John Dennis Clayton Anthony<br>  Appellant | § | From the 287th District Court of<br>  Bailey County |
| | § | |
| v. | | February 12, 2015 |
| | § | |
| The State of Texas | | Opinion by Justice Pirtle |
|   Appellee | § |   Concurring Opinion by<br>  Chief Justice Quinn |

## J U D G M E N T

Pursuant to the opinion of the Court dated February 12, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be reversed and this cause is remanded to the trial court.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o